**Order filed December 15, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00888-CR**

_____

**JARMONE TYRIC ADAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1272904**

## O R D E R

The reporter's record in this case was due December 5, 2011 *See* Tex. R. App. P. 35.2. Judy Ann Fox has not filed the reporter's record. Judy Ann Fox has not filed an extension of time to file the reporter's record. We therefore issue the following order.

We order **Judy Ann Fox** to file the record in this appeal on or before **January 17, 2012**.

PER CURIAM